UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDA PRADO,

                        Plaintiff,

                -against-

JUANA PRADO-MOORE, et al.,

                        Defendants.

25-CV-0629 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated February 10, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On February 24, 2025, the February 10, 2025 order was returned to the court as undeliverable. Plaintiff has not provided the court with an updated address nor has she filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   March 19, 2025
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                           Chief United States District Judge