UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA PRADO,<br><br>        Plaintiff,<br><br>  -against-<br><br>JUANA PRADO-MOORE, ET AL.,<br><br>        Defendants. | 25 CIVIL 0629 (LTS)<br><br>**CIVIL JUDGMENT** |

 For the reasons stated in the March 19, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 20, 2025
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge